UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWAYNE THOMPSON,** | Case No. 2:25-cv-0167-WBS-DMC-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **v.** | |
| **INGWERSON, et al.,** | |
| Defendants. | |

Defendants move for a 30-day extension of the February 2, 2026, deadline for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint in this action.  It is Defendants' first such request.  Upon due consideration of Defendants' motion and good cause appearing based on counsel's declaration indicating the need for additional time to review the case file, the Court **GRANTS** the motion.  Accordingly, Defendants must file a responsive pleading to Plaintiff's First Amended Complaint no later than **March 4, 2026**.

   **IT IS SO ORDERED.**

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

2:25-cv-00167-WBS-DMC