IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DEWAYNE THOMPSON,**

Plaintiff,

**v.**

**INGWERSON, et al.,**

Defendants.

Case No. 2:25-cv-0167-WBS-DMC-P

**ORDER OF DISMISSAL**

Upon due consideration of the parties' stipulation, the Court **DISMISSES** this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: July 14, 2026



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE